IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASWINDER SEKHON,

    Plaintiff,   CV F 07 0390 AWI WMW

  vs.   ORDER RE MOTION (DOC 6)

MICHAEL CHERTHOFF, et al.,

    Defendants.

    Defendants have filed a motion for extension of time in which to file an answer. Plaintiff has filed a motion for extension of time in which to file an answer. Good cause appearing, IT IS HEREBY ORDERED that defendants are granted an extension of time to June 19, 2006, in which to file an answer.

IT IS SO ORDERED.

**Dated:   May 3, 2007**             /s/ William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE

1